UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

12 CV 8140

#2

VINCENT J. BIONDO (12A1071)

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

ORANGE COUNTY SHERIFF DEPT.
JEFFERY BERRY
MICHAEL DAVIS
C.O. RYAN (O.C.S.D.)
C.O. SAWCHUCK (O.C.S.D.)

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

# COMPLAINT

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

RECEIVED
SDNY PRO SE OFFICE
2012 OCT 26 P 3: 02

**I. Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name VINCENT J. BIONDO
ID # 12-A-1071
Current Institution MID-STATE CORR. FACILITY
Address P.O. BOX 2500
MARCY NEW YORK 13401

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name ORANGE COUNTY SHERIFF DEPT Shield # ________
Where Currently Employed ORANGE COUNTY N.Y.
Address WELLS FARM ROAD
GOSHEN NEW YORK.

Defendant No. 2
Name JEFFERY BERRY Shield # ________
Where Currently Employed ORANGE COUNTY GOV. CENTER
Address 255-275 MAIN STREET
GOSHEN NEW YORK 10924

Defendant No. 3
Name MICHAEL DAVIS Shield # ________
Where Currently Employed LEGAL AID SOCIETY
Address 2 COURT LANE
GOSHEN N.Y 10924

Defendant No. 4
Name C.O. RYAN Shield # ________
Where Currently Employed ORANGE COUNTY SHERIFF DEPT
Address WELLS FARM ROAD
GOSHEN NEW YORK 10924

Defendant No. 5
Name C.O. SHAW CHUCK. Shield # ________
Where Currently Employed ORANGE COUNTY SHERIFF DEPT
Address WELLS FARM ROAD
GOSHEN. NEW YORK 10924

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? ORANGE COUNTY JAIL, GOSHEN N.Y

B. Where in the institution did the events giving rise to your claim(s) occur? ORANGE COUNTY COURTHOUSE, GOSHEN N.Y

C. What date and approximate time did the events giving rise to your claim(s) occur? 9:15 AM MARCH-2-2012

D. Facts: SEE ATTACHED SHEETS

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

RIGHT KNEE
LEFT SHOULDER.
UPPER BACK
HERNIA. WAS RE AGGRAVATED, AND MADE WORSE

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓ No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). ORANGE COUNTY JAIL GOSHEN N.Y., 10924

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓ No ___ Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___ No ✓ Do Not Know ___

If YES, which claim(s)? ___

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ___ No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___ No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

___

1. Which claim(s) in this complaint did you grieve? —

2. What was the result, if any? —

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. ___

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: TRANSFERRED OUT OF JURISDICTION OF ORANGE COUNTY.

DOES NOT APPLY

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: MEDICAL STAFF, COURT EMPLOYEES, LAWYER, C.O, DEPUTIES.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. N/A.

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V. Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). SEE ATTACHED SHEETS

VI. **Previous lawsuits:**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓ No ____

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff SAME AS ABOVE

Defendants SAME AS ABOVE

2. Court (if federal court, name the district; if state court, name the county) FILED NOTICE OF INTENTION WITH ORANGE COUNTY ATTN,

3. Docket or Index number ____

4. Name of Judge assigned to your case ____

5. Approximate date of filing lawsuit ____

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition ____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ____

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No X

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ____

Defendants ____

2. Court (if federal court, name the district; if state court, name the county) ____

3. Docket or Index number ____

4. Name of Judge assigned to your case ____

5. Approximate date of filing lawsuit ____

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition ____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ______________________

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 23 day of OCTOBER, 2012.

Signature of Plaintiff [signature]

Inmate Number 12-A-1071

Institution Address P.O. BOX 2500
MID-STATE CORR FACILITY
MARCY NEW YORK 13401

**Note**: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 23 day of OCTOBER, 20~~1~~12, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: [signature]

# SUMMARY OF FACTS.

(1) ON OR ABOUT MARCH 2ND 2012, at 9:00 AM (OR ABOUT) THE PLAINTIFF WHILE BEING TRANSPORTED TO ORANGE COUNTY COURT, BY THE DEPUTIES OF THE ORANGE COUNTY SHERIFF DEPT, THE PLAINTIFF WAS TO APPEAR IN COUNTY COURT THAT DAY.

(2) PRIOR TO BEING TRANSPORTED BY THE DEPUTIES THE MEDICAL DEPT ADVISED AGAINST A LEG AND BELT RESTRAINT, DUE TO A PRE-EXISTING HERNIA,

(3) THE DEPUTIES STILL RESTRAINED THE PLAINTIFF AGAINST MEDICAL DEPARTMENT ADVICE.

(4) WHILE THE PLAINTIFF WAS LEAVING THE ELEVATOR THE LEG RESTRAINT FELL INTO THE ELEVATOR SHAFT, DUE TO BEING STOPPED BY THE DEPUTY, HAVING TO DIRECT ANOTHER DETAINEE TO HIS APPOINTTED DESTINATION.

(5) THE PLAINTIFF STOPPED, AND THE CHAIN FELL INTO THE SPACE, BETWEEN THE ELEVATOR AND THE SHAFT, WHEN THE PLAINTIFF WENT TO GO FORWARD, THE CHAIN, BEING STUCK, CAUSED HIM TO FALL,

(6) THE PLAINTIFF FELL FORWARD, HITTING HIS RIGHT KNEE, LEFT ARM, SHOULDER, UPPER BACK AND CAUSING HIS HERNIA TO BECOME AGGRAVATED.

(7) THE DEPUTIES NOW, ATTEMPTED TO ASSIST THE PLAINTIFF TO A CHAIR,

(8) THE PLAINTIFF ASKED TO BE TAKEN TO A HOSPITAL OR DOCTOR FOR AN EXAMINATION.

(9) THE DEPUTIES PUT THE PLAINTIFF IN A HOLDING CELL AWAITING TO SEE THE JUDGE, WHILE THE PLAINTIFF REPEATADLEY ASKED FOR MEDICAL ASSISTANCE.

(10) THE DEPUTIES INFORMED THE PLAINTIFF THAT HE WOULD HAVE TO WAIT TO SEE THE JUDGE, AND THE COURT WAS INFORMED OF

THE INCIDENT, AND THE COURT WANTED TO PROCEED WITH THE MATTER AT HAND.

(11) A CHAIR WAS PROVIDED FOR THE PLAINTIFF PRIOR TO THE PLAINTIFF'S APPEARENCE, PRIOR TO THE PLAINTIFFS APPEARENCE BEFORE THE JUDGE.

(12) WHEN THE PLAINTIFF WALKED INTO THE COURT ROOM, THE JUDGE INQUIRED AS TO WHY THE PLAINTIFF WAS LIMPING, THE RESPOND BY THE PLAINTIFF WAS THAT HE HAD FALLEN, ("OR FELL WHILE GETTING OFF THE ELEVATOR")

(13) NOT ONE QUESTION FROM COUNSEL AS TO WHETHER THE PLAINTIFF WAS "FIT" TO PROCEED, OR ANY MENTION OF HELP, OTHER THAN THE JUDGE SAYING WHEN THE COURT WAS DONE, THEY WILL GET SOME "X-RAYS" TAKEN.

(14) AFTER THE MATTER AT HAND, WITH THE COURT THE DEPUTIES PUT THE PLAINTIFF BACK INTO THE HOLDING CELL AWAITING TRANSPORT BACK TO THE JAIL

(15) Still ignoring the Request for medical treatment the Plaintiff was left in the cell for about 2 more hours,

(16) the Plaintiff was taken back to the Jail and was taken to the medical unit, upon arriving at medical and being seen by the staff and photographed by the Correctional staff, he was told that he would go to the outside hospital.

(17) The Plaintiff waited in medical until the next shift came on duty, for transport and was told that he had to walk back to "movement and control" to get into the "van" for a trip to the hospital.

(18) the accident occured at around 9:15 AM of March 2-2012. The Plaintiff was now just going to the hospital at around 3:15 PM of that day.

(19) THE MEDICAL STAFF AT ORANGE REGIONAL MEDICAL CENTER, INQUIRED AS TO WHAT HAD HAPPENED, UPON FINDING OUT WHAT HAD TRANSPIRED THE "DOCTOR" ASKED THE TRANSPORTING OFFICERS "WHAT TOOK THEM SO LONG TO GET THE PLAINTIFF TO THE HOSPITAL," THEY SAID "THAT THEY WERE ONLY THE TRANSPORTING OFFICERS AND THEY KNEW NOTHING OF WHAT HAD HAPPENED"

(20) THE HOSPITAL STAFF DID SOME TESTS, "CAT SCAN" WITH A "DYE" TO FIND OUT THE EXTENT OF THE DAMAGES.

(21) THE HOSPITAL STAFF PREPPED THE PLAINTIFF, TO HAVE HIS "HERNIA REDUCED" WITHOUT SURGERY, UNTIL THAT TIME SURGERY CAN BE ARRAINGED, DUE TO THE MEDICATIONS THAT THE PLAINTIFF WAS PRESCRIBED FOR HIS OTHER MEDICAL CONDITION WAS, THE PLAINTIFF WOULD HAVE TO STOP THESE MEDICATIONS PRIOR TO SURGERY, FOR FEAR OF BLEEDING UNCONTROLLABLEY.

(22) THE PLAINTIFF WAS DISCHARGED AROUND 11:00 P.M. OF THAT DAY, WITH INSTRUCTIONS TO FOLLOW UP WITH MEDICAL AT THE JAIL.

23) THE PLAINTIFF WAS SEEN AT THE "JAIL" THE NEXT DAY AND TOLD THAT HE WOULD BE PUT ON THE LIST TO SEE THE SURGEON, ALSO "X-RAY'S" WAS TAKEN OF HIS RIGHT LEG AND LEFT SHOULDER AND CHEST, NO BROKEN BONES WERE FOUND ONLY SWOLLEN MUSCLES AND ABRASSIONS ON HIS RIGHT KNEE.

24) THE PLAINTIFF WAS NOW ALLOWED TO RETURN TO HIS HOUSING UNIT, NO FURTHER TREATMENT WAS PERFORMED.

(25) THE PLAINTIFF WAS THEN PUT ON A TRANSFER TO DOWNSTATE CORR. FACILITY AND NO FURTHER TREATMENT WAS PERFORMED.

26) THE PLAINTIFF NOW SEEKS RELIEF FROM THIS COURT, CAUSED BY THE DILIBERATE INDIFFERENCE OF THE ORANGE COUNTY SHERIFF

DEPARTMENT AND All OTHER PARTIES INVOLVED AS STATED IN THE OPENING CAPTION OF THIS COMPLAINT.

SUFFICIENT SERIOUS INJURY AND MEDICAL NEEDS BEING SHOWN, CONDITIONS OF URGENCY BEING SHOWN CAUSING INJURY AND HARM, THE PLAINTIFF NOW SEEKS RELIEF AND ANY OTHER EQUITABLE RELIEF THAT THIS COURT DEEMS JUST AND PROPER.

THE PLAINTIFF NOW REQUESTS RELIEF, BY MONETARY COMPENSATION, PUNITIVE DAMAGES TOTALING $500,000.00 DOLLARS (U.S. FUNDS) AND ANY OTHE RELIEF THAT THE COURT SO DESIRES. WE PRAY.

RESPECTFULLY SUBMITTED

DATED OCT-23, 2012

VINCENT J. BIONDO
12-A-1071

To. Pro-Se Clerk:

PLEASE TAKE NOTICE: I AM ENCLOSING THIS NOTE TO YOU, IN HOPES THAT MY REQUEST CAN BE DONE.

I DO NOT HAVE FUNDS TO PROVIDE THE COURT WITH THE REQUIRED COPIES AND NOR DO I HAVE A COPY FOR MY SELF, I AM REQUESTING THAT THIS COURT PROVIDE ME WITH THIS REQUEST.

THANK YOU

RESPECTFULLY SUBMITTED

Vincent J Biondo

12-A1071

RECEIVED
OCT 26 2012
PRO SE OFFICE

Oct-23-12.

NEW YORK STATE DEPA...

85

**MID-STATE CORRECTIONAL FACILITY**
P.O. BOX 2500
MARCY, NEW YORK 13403
NAME: Biondo, Vincent DIN: 12-A1071

MID-STATE CORRECTIONAL FACILITY

UNITED STATES POSTAGE PITNEY BOWES
02 1R
0004578
$00.85⁰
OCT 24 2012
MAILED FROM ZIP CODE 13403

USMS
SDNY

P.Ro-SE Clerk
United States District Court
Southern District of New York.
U.S. Courthouse 500 Pearl Street
New York. N.Y 10007.

RECEIVED
OCT 26 2012
PRO SE OFFICE

Legal mail.